IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Plaintiff, 　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>Cesar Ambrosio Lopez, 　　　　　　)<br>　　　　　　　　　　　　　　　　 )<br>　　　　　　　Defendant. 　　　　　 ) | Case No. 3:22-cr-00184<br><br>**Motion to Continue Sentencing** |

COMES NOW, the Defendant, Cesar Lopez, by and through his attorney of record, Robert N. Quick of Robert Quick Law, PLLC, who respectfully requests a continuance of the sentencing in this matter. Sentencing is currently scheduled for December 30, 2025. The continuance is not for purposes of delay. Counsel respectfully requests a brief continuance, as Counsel for the Defendant is currently ill and unable to appear. The United States Attorney, Alexander Stock, does not have an objection.

Dated this 29th day of December, 2025.

　

ROBERT QUICK LAW PLLC
2005 N. Kavaney Dr., Ste. 202
Bismarck, ND 58501
(701) 258-7842
*Attorneys for Defendant*

/s/ Robert N. Quick
Robert N. Quick (Bar ID# 06482)
robertquicklaw@gmail.com